IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John Bolton Baker,               ) | |
|                                  ) | C/A No.: 4:16-1262-MBS-TER |
| Plaintiff,    ) | |
|                                  ) | |
| vs.                              ) | |
|                                  ) | **OPINION AND ORDER** |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security,              ) | |
|                                  ) | |
| Defendant.    ) | |
|                                  ) | |

On April 26, 2012, Plaintiff John Bolton Baker filed an application for disability insurance benefits, alleging disability commencing February 2, 2012. His application was denied initially and upon reconsideration. Plaintiff requested a hearing before an administrative law judge ("ALJ"). The ALJ held a hearing on July 19, 2014. On September 5, 2014, the ALJ issued a decision denying Plaintiff's application. On March 11, 2016, the Appeals Council determined that there was no basis for granting Plaintiff's request for review. On April 22, 2016, Plaintiff brought an action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the "final decision" of the Commissioner.

On January 3, 2017, the Commissioner filed a motion to remand pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner indicates that further administrative action is warranted so that an ALJ may obtain supplemental evidence from a vocational expert, among other things. Plaintiff consents to remand. Accordingly,

The Commissioner's motion to remand (ECF No. 22) is **granted**. It is ORDERED that the Commissioner's decision be reversed and the case be remanded pursuant to sentence four of § 405(g) for further administrative proceedings as set forth herein and in the Commissioner's motion. The

Clerk of Court is directed to enter a final judgment that ends the civil action.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

January 5, 2017